## AFFIDAVIT

I, Bryan J. Allen, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Canton Police Officer for approximately nineteen years, and am currently assigned to the Cleveland Division, Canton Resident Agency's Child Exploitation Task Force. While employed by the Canton Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2. As a task force officer having received a Special Deputation from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. As will be shown below, there is probable cause to believe that Gregory Mays has used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a). I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Gregory Mays, 1511 Kenyon SW, Massillon, Ohio 44647.

4. TFO Bryan J. Allen of the FBI Child Exploitation Task Force was contacted by Detective Hope Rummell of the Alliance Ohio Police Department. Detective Rummell advised a cellular phone had been recovered which contained explicit images of a female under 18 years of age.

1

5. Detective Rummell stated she had taken part in an undercover online investigation that resulted in Gregory Mays (D.O.B. XX/XX/1961) being arrested and charged with Attempted Unlawful Sexual Conduct with a Minor, Importuning and Possession of Criminal Tools. During the arrest Mays was found to be in possession of two cellular phones. The month and day of his date of birth have been redacted for the purposes of this affidavit.

6.. Detective Rummell and Detective Mark Welsh interviewed Mays and obtained written consent to search a black LG cellular phone and a blue Samsung cellular phone that were in his possession. Mays stated that the detectives would not find any illegal pictures contained within his cellular phones but may locate images of a female he identified as his "helper".

7. The search of the blue Samsung cellular phone revealed several images and two videos that were identified as the female "helper" (hereinafter referred to as victim) who is under 18 years of age and depicting child pornography. Five of the images and the two videos are described and listed below:

  a) File Name: 20130723_213436 (created 7/23/2013)
  Description: The image depicts the victim nude on a bed wearing only socks. She is kneeling on a bed with her legs spread and the camera focused on her vagina.

  b) File Name: 20130723_213624 (created 7/23/2013)
  Description: The image depicts the victim and Mays engaged in genital to genital intercourse

  c) File Name: 20130723_213606 (created 7/23/2013)
  Description: The image depicts the victim and Mays engaged in genital to genital intercourse.

d) File Name: 1371264173860 (created 6/14/2013)
Description: The image depicts the victim and Mays engaged in genital to genital intercourse.

e) File Name: 1371264161786 (created 6/14/2013)
Description: The image depicts the victim wearing a black top and nude from the waist down. She is kneeling on a bed with her legs spread and the camera focused on her vagina.

f) File Name: 20130614_224337 (created 6/14/2013)
Description: The video depicts the victim and Mays engaged in sexual intercourse.

g) File Name: 20130701_154659 (created 7/1/2013)
Description: The video depicts the victim and Mays engaged in sexual intercourse.

8. Chris Pyryt of Samsung Telecommunications America was contacted and advised that all Samsung cellular phones are produced in China, Korea or Vietnam.

9. On July 29, 2014 affiant and SA Timothy Alvord of the FBI located the victim and positively identified her. She was again interviewed on August 12, 2014. The victim identified herself in each of the images and videos described in paragraph 7. She indicated she is currently 17 years of age having been born on XX/XX/1996. According to data contained on the images she was 16 years of age when the images and videos were created.

10. According to the victim, several of the images and the two videos were taken by Mays while they engaged in sexual intercourse. She was introduced to Mays by an unidentified female and began working for him as a "helper" by assisting him with

3

painting and other odd jobs.  Mays provided her and her family with money during the course of their relationship.  She stated the relationship ended approximately two months ago.

11. According to the victim, the images were taken at a motel in East Canton, Ohio.  Affiant and SA Alvord identified the motel as the Moon Mist located at 4411 Lincoln St E, East Canton, Ohio 44730. She also stated that Mays used his cellular phone to capture the images and videos.

## CONCLUSION

12. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Gregory Mays did use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

Bryan J. Allen
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 18th day August, 2014.

Kathleen B. Burke
UNITED STATES MAGISTRATE JUDGE

4